JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MACHUCA,<br><br>Petitioner,<br><br>v.<br><br>J. ROBERTSON, Warden,<br><br>Respondent. | Case No. 2:17-cv-08592-JVS (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice as untimely.

DATED: October 22, 2018

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE